USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 97-2035 FAROUK O. MARTINS, Plaintiff, Appellant, v. CHARLES HAYDEN GOODWILL INN SCHOOL, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Robert E. Keeton, U.S. District Judge] ___________________ ____________________ Before Torruella, Chief Judge, ___________ Selya and Stahl, Circuit Judges. ______________ ____________________ Farouk Martins on brief pro se. ______________ Andrew L. Matz, Bret A. Cohen and Stoneman, Chandler & Miller LLP ______________ _____________ _______________________________ on brief for appellee. ____________________ January 28, 1998 ____________________ Per Curiam. We have reviewed the parties' briefs and ___________ the record on appeal. We affirm essentially for the reasons stated in the district court's memoranda and orders, dated July 14, 1997 and July 28, 1997. We deny the appellee's request that we enter an order preventing appellant from further court action based upon the same underlying facts. Such a request is more properly addressed to the district court in the event of any future filing. We decline to remark upon the appropriateness of granting such a request and leave it to the district court's discretion if and when the occasion for consideration arises. Affirmed. Loc. R. 27.1. _________ -2-